OPINION — AG — ** TEACHER — SALARY ADVANCE — COMPENSATION ** ARTICLE X, SECTION 15, ARTICLE X, SECTION 17 PROHIBITS A SCHOOL DISTRICT FROM PAYING A TENURED TEACHER AT THE BEGINNING OF A MONTH, FOR SERVICES YET TO BE PERFORMED DURING THAT MONTH, PURSUANT TO A WRITTEN CONTRACT WITH THAT TEACHER MADE UNDER THE PROVISIONS OF 70 O.S. 6-106 [70-6-106] ET SEQ. (CREDIT OF STATE, PLEDGE CREDIT OF STATE, SCHOOL BOARD, WAGES) CITE: 70 O.S. 6-101 [70-6-101], 70 O.S. 6-102.1 [70-6-102.1](6), 70 O.S. 6-104 [70-6-104], 70 O.S. 6-104.5 [70-6-104.5], 70 O.S. 6-105 [70-6-105], 70 O.S. 6-106 [70-6-106], OPINION NO. 83-069, OPINION NO. 81-323, OPINION NO. DECEMBER 13, 1961 — ROGERS, OPINION NO. DECEMBER 8, 1961 — LOGAN (SUSAN BRIMER AGOSTA)